**Michael Leonard CLAY**

v.

**STATE**

CR-13-1174

Court of Criminal Appeals of Alabama.

03/06/2015

Affirmed

**Kahlif Miguel COOPER**

v.

**STATE**

CR-13-1177

Court of Criminal Appeals of Alabama.

01/30/2015

Affirmed

**J.L.T.**

v.

**STATE**

CR-13-1181

Court of Criminal Appeals of Alabama.

01/30/2015

Reh. denied 02/13/2015

Affirmed

**Tyrone BENSON**

v.

**STATE**

CR-13-1184

Court of Criminal Appeals of Alabama.

02/06/2015

Reh. denied

**Otto HENDERSON**

v.

**STATE**

CR-13-1185

Court of Criminal Appeals of Alabama.

01/09/2015

Reh. denied

